UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **08-60763-CIV-MORENO**

NEW HAMPSHIRE INSURANCE
COMPANY, as subrogee of Murray & Anne
Marie Peretz,

    Plaintiff,

vs.

KVH INDUSTRIES, INC., a foreign
corporation, and JOHNSON ELECTRONICS &
MACHINERY, INC.,

    Defendants.
_____/

## NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE EDWIN G. TORRES TO EXERCISE JURISDICTION AND APPEAL OPTION

THIS CAUSE came before the Court upon KVH Industries, Inc.'s Amended Notice of Trial Conflict (D.E. No. 85), filed on January 21, 2010.

In accordance with the provisions of Title 28, U.S.C. § 636(c), the parties are notified that United States Magistrate Judge Edwin G. Torres of this District Court is available to exercise the Court's jurisdiction and to conduct any or all proceedings in this case, including a jury or non-jury trial and the entry of a final judgment. The Magistrate Judge may only exercise jurisdiction, however, if all parties voluntarily consent.

The parties may, without adverse substantive consequences, withhold consent, but this will prevent a Magistrate Judge from exercising the Court's jurisdiction. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any Magistrate Judge or to the District Judge to whom the case has been assigned.

A party may appeal a judgment that a Magistrate Judge enters directly to the United States Court of Appeals in the same manner as a party would appeal any other judgment of a District Court.

DONE AND ORDERED in Chambers at Miami, Florida, this 10 day of February, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-60763-CIV-MORENO

NEW HAMPSHIRE INSURANCE
COMPANY, as subrogee of Murray & Anne
Marie Peretz,

      Plaintiff,

vs.

KVH INDUSTRIES, INC., a foreign
corporation, and JOHNSON ELECTRONICS &
MACHINERY, INC.,

      Defendants.
_____/

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE EDWIN G. TORRES

      In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby voluntarily consent to have United States Magistrate Judge Edwin G. Torres conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

_____     _____
_____     _____
_____     _____
_____     _____

NOTE: Return this form to the Clerk of the Court ONLY if it has been executed by all parties to the case. Do not send a copy of this form to any District Judge or Magistrate Judge.

## ORDER OF REFERENCE

It is **ORDERED** that the above-captioned matter be referred to United States Magistrate Judge Edwin G. Torres for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

_____
Date

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of February, 2010.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record